UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCHIE CRANFORD,<br><br>              Plaintiff,<br><br>       v.<br><br>TERESSITA DIRIGE, et al.,<br><br>              Defendants. | 1:15-cv-01833-AWI-BAM (PC)<br><br>ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS<br><br>(ECF No. 4) |

Plaintiff Archie Cranford ("Plaintiff") is a civil detainee proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.  In the instant action, Plaintiff filed an application to proceed in forma pauperis. (ECF No. 4.) Examination of these documents reveals that Plaintiff is unable to afford the costs of this action.  Accordingly, the motion to proceed in forma pauperis is GRANTED.
IT IS SO ORDERED.

Dated:   **December 29, 2015**          /s/ *Barbara A. McAuliffe*
                                                                UNITED STATES MAGISTRATE JUDGE

1